AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* )<br>*Plaintiffs* )<br>v. )<br>FAZZI ASSOCIATES, INC., *et al.* )<br>*Defendants* ) | Civil Action No. 1:15-cv-511 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' motions to dismiss (Docs. 42, 44) are GRANTED.  Plaintiff's complaint (Doc. 15) is DISMISSED with prejudice.; and this case is TERMINATED in this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Timothy S. Black, United States District Judge   on motions to dismiss (Docs. 42, 44).

Date:   11/18/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*