## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA *and* the STATE OF INDIANA *ex rel.* CATHY OWSLEY,  Plaintiffs, v. FAZZI ASSOCIATES, INC., et al.,  Defendants. | Judge Timothy S. Black  Case No. 1:15-cv-00511  NOTICE OF APPEAL |

Notice is hereby given that Cathy Owsley, relator in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 18th day of November 2019.

        */s/Warner Mendenhall*
        WARNER MENDENHALL
        Ohio Bar No.: 0070165
        warner@warnermendenhall.com
        The Law Offices of Warner Mendenhall, Inc.
        190 North Union Street, Suite 201
        Akron, Ohio 44304
        Tel.: (330) 535-9160
        Fax: (330) 762-9743
        *Trial Counsel for Relator*

        JESSE L. HOYER
        FL Bar No.: 076934
        jlhoyer@jameshoyer.com
        JAMES HOYER, P.A.
        2801 West Busch Boulevard, Suite 200
        Tampa, Florida 33618
        Tel.: (813) 375-3700
        Fax: (813) 375-3710

        *Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF and/or e-mail on December 16, 2019, on all counsel or parties of record.

*/s/Warner Mendenhall*
Warner Mendenhall