# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 06, 2021

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 19-4240, *USA, et al v. Fazzi Associates, Inc., et al*
Originating Case No. 1:15-cv-00511

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Ryan Orme, Case Manager
Direct Dial No. 513-564-7079

cc: Ms. Erica Sibley Bahnsen
    Mr. George Bradley Breen
    Mr. John P Bueker
    Mr. Douglas H. Hallward-Driemeier
    Ms. Elizabeth Harris
    Mr. Jason W Hilliard
    Mr. Warner D. Mendenhall

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-4240

_____

Filed: December 06, 2021

UNITED STATES OF AMERICA

        Plaintiff

and

CATHY OWSLEY

        Plaintiff - Appellant

v.

FAZZI ASSOCIATES, INC.; CARE CONNECTION OF CINCINNATI; GEM CITY HOME CARE; ASCENSION HEALTH CARE; ENVISION HEALTHCARE HOLDINGS, INC.

        Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 10/13/2021 the mandate for this case hereby issues today.

  COSTS:  None